UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MUHAMMAD E. MILHOUSE,

Plaintiff,

-against-

NYC (MTA); THE METROPOLITAN TRANSIT AUTHORITY; EBONY M.; JONATHAN; JOHN DOE/JANE DOE MTA EMPLOYEES; BISHOP A.D. CUNNINGHAM.,

Defendants.

25 CIVIL 05357 (LLS)

**CIVIL JUDGMENT**

For the reasons stated in the May 19, 2026, order, Court dismisses this action for failure to state a claim on which relief may be granted. See 28 U.S.C. § 1915(e)(2)(B)(ii).

SO ORDERED.

Dated: August 4, 2026
New York, New York

/s/ Louis L. Stanton
LOUIS L. STANTON
United States District Judge